IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP TRA JOSEPH HOYT, <br><br> Defendant. | Case No. 18-00293-16-CR-W-DGK |

## MOTION TO REQUEST WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by the undersigned Assistant United States Attorney, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum in order to proceed with his prosecution under this case for which he was indicted by a Federal Grand Jury in the Western District of Missouri on or about July 21, 2020.

PHILLIP TRA JOSEPH HOYT, DOB: 08/12/1976, DOC ID: 525396, is currently incarcerated at the Moberly Correctional Center 5201 South Morley, Moberly, Missouri 65270.

Respectfully submitted,

TERESA A. MOORE
Acting United States Attorney

By: */s/Bruce Rhoades*

Bruce Rhoades
Assistant United States Attorney
Violent Crimes & Drug Trafficking Unit
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-2771