# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-00293-16-CR-W-DGK |
| ) | |
| PHILLIP HOYT, ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF APPEARANCE AT AUGUST 19, 2022 STATUS CONFERENCE

Comes Now, Arimeta DuPree, on behalf of Mr. Hoyt, and respectfully requests this Court waive Mr. Hoyt's appearance at the August 19, 2022 Status Conference pursuant to Rule 43(b)(3). In support of this request, counsel states the following:

1. Mr. Hoyt was charged by way of Third Superseding Indictment with conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and(b)(1)(B), conspiracy to commit money laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i),(B)(i),(ii) and (h), and felon possess firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), plus a criminal forfeiture count. (DCD 261).

2. On December 23, 2020, the Court granted Mr. Hoyt's motion to return to State's custody, specifically Moberly Correctional Center. (DCD 394).

## Argument

Rule 43(b)(3) of the Federal Rules of Criminal Procedure states, in pertinent part, "A defendant need not be present under any of the following circumstances: The proceeding involves only a conference[.]" In this matter, Mr. Hoyt is scheduled for a status conference on August 19, 2022, at 9:00 a.m. Mr. Hoyt is currently in the custody of the State of Missouri, at Moberly Correctional Center. Therefore, he is unable to attend the August 19, 2022 status conference. Furthermore, Rule 43(b)(3) allows for Mr. Hoyt's non-appearance because the hearing is a conference.

## Conclusion

Wherefore, counsel for Mr. Hoyt prays this Court waive Mr. Hoyt's appearance pursuant to Rule 43(b)(3) of the Federal Rules of Criminal Procedure and any other relief this Court deems fair and just.

Respectfully Submitted,
/s/ Arimeta R. DuPree
ARIMETA R. DUPREE    #56313
1125 Grand Blvd., Suite 210
Kansas City, Missouri 64106
Tel:   (816) 521-0773
Email:  dupree@adupreelaw.com
ATTORNEY FOR DEFENDANT

## Certificate of Service

I hereby certify that on August 11, 2022, a copy of the foregoing was electronically filed to the CM_ECF system of the United State District for the Western District of Missouri.

/s/ Arimeta R. DuPree_____
ARIMETA R. DUPREE