IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP TRA JOSEPH HOYT, <br><br> Defendant. | Case No. 18-00293-16-CR-W-DGK |

## MOTION TO DISMISS INDICTMENT OF DEFENDANT

The United States of America, by and through Bruce Rhoades, Assistant United States Attorney, requests this Court to dismiss all pending charges against this defendant in case number 18-00293-16-CR-W-DGK, due to the death of the defendant. As the defendant was in custody at the time of his death, and the United States was informed of his death by the United States Marshal's Service, the United States is not seeking a death certificate nor attaching such to this filing.

        Respectfully,

        Teresa A. Moore
        United States Attorney

By    */s/ Bruce Rhoades*

        Bruce Rhoades (AR88156)
        Assistant United States Attorney
        Charles Evans Whittaker Courthouse
        400 East Ninth Street, Suite 5510
        Kansas City, Missouri 64106
        Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered on September 6, 2022, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

        */s/ Bruce Rhoades*
        Bruce Rhoades
        Assistant United States Attorney