IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP TRA JOSEPH HOYT,<br><br>Defendant. | Case No. 18-00293-16-CR-W-DGK |

### ORDER TO DISMISS INDICTMENT AGAINST DEFENDANT

IT IS HEREBY ORDERED that upon motion of the United States, due to the death of the defendant, the indictment against Defendant Phillip Hoyt as reflected in case number 18-00293-16-CR-W-DGK, is hereby dismissed.

Dated: September 6, 2022
Kansas City, Missouri

/s/ Greg Kays
Honorable D. Greg Kays
United States District Judge
Western District of Missouri